# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

Marilyn Kelly,
Chief Justice

137399

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEDRO P. BORRELL,
            Plaintiff-Appellee,

v

                                      SC: 137399
                                      COA: 284641

MEIJER GREAT LAKES LIMITED
PARTNERSHIP,
            Defendant-Appellant.
                                      WCAC: 07-000208

_____/

On order of the Court, the application for leave to appeal the August 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk